1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  **A PROFESSIONAL LAW CORPORATION**
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,              )   **CASE NO. CV-11-4966-JCS**
                                            )
10                                          )
        Plaintiff,                          )
11                                          )   **STIPULATION AND [~~PROPOSED~~]**
                                            )   **ORDER CONTINUING DEADLINE FOR**
   v.                                       )   **THE PARTIES TO CONDUCT THE JOINT**
12                                          )   **SITE INSPECTION**
   BILL'S PLACE; RONALD J. MIGUEL           )
13 and RUTH I. MIGUEL, trustees of the      )
   RONALD J. and RUTH I. MIGUEL 1991        )
14 REVOCABLE TRUST; and DON D.              )
   DURHAM, an individual dba BILL'S         )
15 PLACE,                                   )
                                            )
16                                          )
        Defendants.                         )
17 _____)

18

19      Plaintiff CRAIG YATES, an individual and Defendants RONALD J. MIGUEL

20 and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE

21 TRUST; and DON D. DURHAM, by and through the parties respective counsel in the above-

22 mentioned case respectfully request and hereby make the following stipulation:

23      1.      **WHEREAS**, all defendants in the above-captioned matter have been served with

24 the summons and complaint;

25      2.      **WHEREAS**, pursuant to the General Order 56 ¶ 3 & 4, the parties were to

26 have the joint site inspection completed by January 17, 2012;

27 ///

28 ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**          1

3.      **WHEREAS**, defendants RONALD J. MIGUEL and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE TRUST; and DON D. DURHAM just filed an answer to plaintiff's complaint on March 31, 2012;

4.      **WHEREAS**, plaintiff's counsel, Thomas E. Frankovich, is/will be out of the country from March 13, 2012 through April 22, 2012, and will again be out of the country from April 27, 2012 through May 15, 2012;

5.      **WHEREAS**, the parties are currently in the process of coordinating a date(s) to conduct the joint site inspection in May 2012; and

6.      **WHEREAS**, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including May 30, 2012.

**IT IS STIPULATED**.


Dated: April 9, 2012                              THOMAS E. FRANKOVICH, ESQ.
                                                  *A PROFESSIONAL LAW CORPORATION*


                                                  By:  /s/Thomas E. Frankovich
                                                       Thomas E. Frankovich
                                                  Attorney for Plaintiff CRAIG YATES

///
///
///
///
///
///
///
///
///
///
///

Dated: April 10,  2012                         JASON G. GONG, ESQ.
                                               LAW OFFICE OF JASON G. GONG


                                               By:    /s/Jason G. Gong
                                                      Jason G. Gong
                                               Attorneys for Defendants RONALD J. MIGUEL
                                               and RUTH I. MIGUEL, trustees of the RONALD J.
                                               and RUTH I. MIGUEL 1991 REVOCABLE
                                               TRUST; and DON D. DURHAM, an individual dba
                                               BILL'S PLACE

### ORDER

   **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General

Order (56) joint inspection of the premises be continued up to and including May 30, 2012.


Dated: _ April 17 _____, 2012     _____
                                      Honorable Judge _____
                                      United States _____

                                      Judge Joseph C. Spero