1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                                    )   **CASE NO. CV-11-4966-JCS**
   CRAIG YATES, an individual,       )
10                                   )
          Plaintiff,                 )   **STIPULATION AND [~~PROPOSED~~]**
11                                   )   **ORDER CONTINUING DEADLINE FOR**
   v.                                )   **THE PARTIES TO CONDUCT THE JOINT**
12                                   )   **SITE INSPECTION**
   BILL'S PLACE; RONALD J. MIGUEL    )
13 and RUTH I. MIGUEL, trustees of the )
   RONALD J. and RUTH I. MIGUEL 1991 )
14 REVOCABLE TRUST; and DON D.       )
   DURHAM, an individual dba BILL'S  )
15 PLACE,                            )
                                     )
16                                   )
          Defendants.                )
17 _____  )

18

19      Plaintiff CRAIG YATES, an individual and Defendants RONALD J. MIGUEL

20 and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE

21 TRUST; and DON D. DURHAM, by and through the parties respective counsel in the above-

22 mentioned case respectfully request and hereby make the following stipulation:

23      1.      **WHEREAS**, all defendants in the above-captioned matter have been served with

24 the summons and complaint;

25      2.      **WHEREAS**, pursuant to the General Order 56 ¶ 3 & 4, the parties were to

26 have the joint site inspection completed by January 17, 2012;

27 ///

28 ///

1    3.    **WHEREAS**, defendants RONALD J. MIGUEL and RUTH I. MIGUEL, trustees

2    of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE TRUST; and DON D.

3    DURHAM just filed an answer to plaintiff's complaint on March 31, 2012;

4    4.    **WHEREAS**, plaintiff's counsel, Thomas E. Frankovich, is/will be out of the

5    country from March 13, 2012 through April 22, 2012, and will again be out of the country from

6    April 27, 2012 through May 15, 2012;

7    5.    **WHEREAS**, the parties are currently in the process of coordinating a date(s) to

8    conduct the joint site inspection in May 2012; and

9    6.    **WHEREAS**, the parties, hereto agree, stipulate and respectfully request that the

10    last day for the parties and counsel to conduct the joint inspection of the premises be continued

11    up to and including May 30, 2012.

12    **IT IS STIPULATED**.

13

14    Dated: April 9, 2012                    THOMAS E. FRANKOVICH, ESQ.

15                                            *A PROFESSIONAL LAW CORPORATION*

16                                            By:   /s/Thomas E. Frankovich

17                                            Thomas E. Frankovich
                                              Attorney for Plaintiff CRAIG YATES

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Dated: April 10, 2012                JASON G. GONG, ESQ.
                                     LAW OFFICE OF JASON G. GONG



                                     By: __/s/Jason G. Gong_____
                                           Jason G. Gong
                                     Attorneys for Defendants RONALD J. MIGUEL
                                     and RUTH I. MIGUEL, trustees of the RONALD J.
                                     and RUTH I. MIGUEL 1991 REVOCABLE
                                     TRUST; and DON D. DURHAM, an individual dba
                                     BILL'S PLACE

### ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General

Order (56) joint inspection of the premises be continued up to and including May 30, 2012.


Dated: _ April 17 _____, 2012    _____
                                     Honorable Ju_____to
                                     United Sta___

Judge Joseph C. Spero