1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | THOMAS E. FRANKOVICH
  | *A PROFESSIONAL LAW CORPORATION*
  | 4328 Redwood Hwy, Suite 300
3 | San Rafael, CA  94903
  | Telephone:    415/674-8600
4 | Facsimile:     415/674-9900

5 | Attorney for Plaintiff,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

CRAIG YATES, an individual, )  **CASE NO. CV-11-4966-JCS**
                            )
       Plaintiff,           )
                            )  **STIPULATION OF DISMISSAL OF**
v.                          )  **ACTION WITH PREJUDICE**
                            )
BILL'S PLACE; RONALD J. MIGUEL and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE TRUST; and DON D. DURHAM, an individual dba BILL'S PLACE )
                            )
       Defendants.          )
_____)

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**         CASE No. **CV-11-4966-JCS**

1    ///

2

3       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

4    their designated counsel that the above-captioned action become and hereby is dismissed with

5    prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

6       This stipulation may be executed in counterparts, all of which together shall constitute

7    one original document.

8

9    Dated: February 21, 2013           THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
10

11
                                        By:   */s/ Thomas E. Frankovich*
12                                               Thomas E. Frankovich
                                        Attorney for CRAIG YATES, an individual
13

14

15   Dated: February 21, 2013           JASON G. GONG, ESQ.
                                        LAW OFFICE OF JASON G. GONG
16

17
                                        By:   /s/Jason G. Gong
18                                               Jason G. Gong
                                        Attorneys for Defendants RONALD J. MIGUEL
19                                      and RUTH I. MIGUEL, trustees of the RONALD J.
                                        and RUTH I. MIGUEL 1991 REVOCABLE
20                                      TRUST; and DON D. DURHAM, an individual dba
                                        BILL'S PLACE
21

22

23   Dated: 5/16/13

24                        IT IS SO ORDERED
                          Judge Joseph C. Spero
25

26

27

28

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**          CASE No. **CV-11-4966-JCS**