1 THOMAS E. FRANKOVICH (State Bar #074414)
  THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
  4328 Redwood Hwy, Suite 300
3 San Rafael, CA   94903
  Telephone:     415/674-8600
4 Facsimile:      415/674-9900

5 Attorney for Plaintiff,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-11-4966-JCS** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| BILL'S PLACE; RONALD J. MIGUEL and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE TRUST; and DON D. DURHAM, an individual dba BILL'S PLACE | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**          CASE No. **CV-11-4966-JCS**

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: February 21, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
     Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: February 21, 2013

JASON G. GONG, ESQ.
LAW OFFICE OF JASON G. GONG

By: /s/Jason G. Gong
     Jason G. Gong
Attorneys for Defendants RONALD J. MIGUEL and RUTH I. MIGUEL, trustees of the RONALD J. and RUTH I. MIGUEL 1991 REVOCABLE TRUST; and DON D. DURHAM, an individual dba BILL'S PLACE

Dated: 5/16/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**     CASE No. **CV-11-4966-JCS**